

✓ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

MAY - 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:18-cr-00031-LRH-WGC |
|---|---|
| Plaintiff, | **ORDER ON:** UNITED STATES' MOTION TO QUASH WARRANT AND TO PROCEED VIA SUMMONS |
| v. | |
| OMAR ZUNIGA, | |
| Defendant. | |

The United States of America hereby moves the Court for an Order quashing the warrant entered on March 28, 2018, at the Government's request after the defendant was indicted on March 28, 2018. Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives attempted to execute the warrant for the defendant's arrest; however, the defendant had to be transported to Renown Regional Medical Center and was admitted for various health issues. Based on the foregoing, the Government respectfully requests that the warrant be quashed and that a summons to appear be issued for a date and time convenient for the Court so that the defendant can make his initial appearance.

Therefore, the United States of America respectfully requests this Court quash the warrant issued on March 28, 2018, and instead issue a summons for the defendant to appear for his initial appearance at the Court's convenience. Proposed summons is attached.

DATED this 1st day of May, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ Megan Rachow
MEGAN RACHOW
Assistant United States Attorney

IT IS SO ORDERED.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: 2 May 2018